People v Jimenez (2025 NY Slip Op 01430)

People v Jimenez

2025 NY Slip Op 01430

Decided on March 13, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: March 13, 2025

Before: Manzanet-Daniels, J.P., Kapnick, Pitt-Burke, Rosado, O'Neill Levy, JJ.. 

Ind No. 497/21, 72295/22, 72327/22|Appeal No. 3887-3888-3889|Case No. 2024-00671 2024-00672 2024-00673|

[*1]The People of the State of New York, Respondent, 
v Brandon Jimenez, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Emilia King-Musza of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Andrew H. Chung of counsel), for respondent.

Appeals having been taken to this Court by the above-named appellant from the judgments of the Supreme Court, New York County (Ann Thompson, J.), rendered January 08, 2024,
Said appeals having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive,
It is unanimously ordered that the judgments so appealed from be and the same
are hereby affirmed.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: March 13, 2025
Counsel for appellant is referred to § 606.5, Rules of the Appellate Division, First Department.